Edward T. Weber, Esq., #194963
**LAW OFFICES OF EDWARD T. WEBER**
17151 Newhope Street, Suite 203
Fountain Valley, California 92708
Telephone: 657-235-8359
Facsimile: 714-459-7853
ed@eweberlegal.com

*Attorneys for Plaintiff*
EDWARD T. WEBER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA

| | |
|---|---|
| In re:<br><br>EDWARD T. WEBER, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ASSURED PAYMENT SOLUTIONS; BRIAN STARKS; TAMIKA GARCIA; RACHEL COLLINS; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.:8:20-cv-01448-JLS-DFM<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT (AS TO ALL DEFENDANTS), ASSURED PAYMENT SOLUTIONS; BRIAN STARKS; TAMIKA GARCIA; RACHEL COLLINS**<br><br>Date: June 11, 2021<br>Time: 10:30 a.m.<br>Place: Courtroom 10A, 10th Floor |

## <u>NOTICE OF MOTION</u>

TO ALL INTERESTED PARTIES AND THE COURT:

Plaintiff's Motion for Entry of Default is set for hearing on June 11, 2021 at 10:30 a.m. in Courtroom 10A, 10th Floor of this Court located at 411 West Fourth Street, Santa Ana, California 92701 before the Hon. Josephine L. Staton.

If you oppose this motion you must file and serve a timely written response with the Court and serve the Plaintiff's counsel as indicated above, and you must appear at the hearing. Failure to do so may result in the motion being granted without any further notice or opportunity to be heard.

In some cases the Court may issue a tentative or final ruling in advance of the hearing. It is the responsibility of the parties to check with the Court or the Court's internet website for any such rulings and to proceed accordingly. In some instances the hearing may be taken off calendar, and in other instances parties may be required to notify the Court or other counsel and parties whether or not that party intends to submit on the ruling or not. It is the responsibility of the parties to acquaint themselves with the applicable rules and act appropriately thereby.

Due to current Court closures and limitations, in person appearances may be restricted, limited, or not permitted and the hearing may take place remotely, by phone or video. Parties should check with the Court or the Court's internet website for any options/requirements prior to the hearing and to determine whether the hearing will be held remotely or in person.

## **MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiff EDWARD T. WEBER ("Plaintiff") hereby requests entry of Default Judgment in this matter pursuant to this motion and supporting Declaration filed concurrently herewith, as to Defendants, ASSURED PAYMENT SOLUTIONS; BRIAN STARKS; TAMIKA GARCIA; RACHEL COLLINS ("Defendants").

1.   This case was filed on August 5, 2020 by Plaintiff.

2.   Defendants were served with process and their defaults were entered on October 14, 2020.

3.   This motion is made pursuant to FRCP Rule 55.

4. This is an action brought by a consumer pursuant to numerous violations of federal and state laws concerning collection of debts. The Verified Complaint contains Three Counts, or Three Claims for Relief; The First is for violation of <u>15 USC Section 1692g(a)</u>, the Second for violation of <u>California Civil Code, Section 1788.17</u>, and the Third for violation of <u>California Civil Code Sections 1788.50-1788.64</u>.

5. The Verified Complaint contains facts which are incorporated herein by reference as if fully set forth herein, and in addition to any further evidence or facts contained in the accompanying Declaration of Plaintiff filed concurrently herewith.

6. The Verified Complaint contains certain Exhibits which are in the Court Record and incorporated herein by reference as if fully set forth herein.

7. <u>Dismissal of Class Action portion of action</u>. Plaintiff hereby dismisses that portion of the action which refers to the Class Action and seeks a Judgment for Damages against the named Defendants only.

8. Plaintiff seeks Judgment against each Defendant as follows:

**Assured Payment Solutions** – a business form unknown – this is the alleged business that ran the debt collection business complained of in this action. It does not appear to be registered with any Secretary of State or as a dba, but it does maintain an internet website at <u>www.assuredpaymentsolutions.com</u> and purports to be in the

business of collecting debt, and responsible for the phone calls made to Plaintiff which violate the various laws referenced herein.

**Brian Starks** – an individual who appears to be employed by Assured Payment Solutions and who had direct contact and interaction with the Plaintiff concerning the contacts being complained of in this action.

**Tamika Garcia** – who is the owner and principal of Assured Payment Solutions and whose business it is to collect debts through Assured Payment Solutions, and who is responsible for all actions of the company and the people working for the company.

**Rachel Collins –** an individual who is the manager of Assured Payment Solutions and who manages and directs the employees of the company, and at the direction and with the consent of its owner.

Defendants, and each of them are considered debt collectors, and are liable for all violations of the FDCPA in collecting the Debt on APS's behalf and at APS's direction. *See Fox v. Citicorp Credit Services, Inc.,* 15 F.3d 1507, 1516 (9th Cir. 1994).

9.    Plaintiff seeks damages as follows:

**Statutory Damages**

COUNT I

15 USC Section 1692k(a)(2)(A) - $1,000.00 per occurrence, which at

least 10 occurrences, for a total of **$10,000.00**.

COUNT II

California Civil Code, Section 1788.62(a)(2) - $1,000.00 per occurrence, which at least 10 occurrences, for a total of **$10,000.00**

COUNT III

California Civil Code, Section 1788.62(a)(2) - $1,000.00 per occurrence, which at least 10 occurrences, for a total of **$10,000.00**

**TOTAL STATUTORY DAMAGES:**                **$ 30,000.00**

AS TO ALL COUNTS

**Attorney's Fees and Costs**

15 USC Section 1692k(a)(3);

California Civil Code, Section 1788.62(c)(1).

Court Filing Fee:        $ 400.00

Process Servers:        $ 700.00

Attorney's Fees:        $ 10,000.00

TOTAL                **$ 11,100.00**

**TOTAL JUDGMENT SOUGHT:**            **$ 41,100.00**

///

///

///

1

2   WHEREFORE, Plaintiff requests entry of default Judgment in the amount of

3   **$41,100.00** against each Defendant, jointly and severally.

4

5   Date: January 29, 2021                    Respectfully submitted by:

6

7                                             _____

8                                             LAW OFFICES OF EDWARD T. WEBER
                                              Edward T. Weber, Esq.
9                                             Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) **ss**
**COUNTY OF ORANGE** )

I am employed in the County of Orange, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address: 17151 Newhope Street, Suite 203 Fountain Valley, California 92708.

On the date set forth below, I served the within entitled document: on the interested parties by the method of service indicated below, and addressed as follows: **NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT (AS TO ALL DEFENDANTS), ASSURED PAYMENT SOLUTIONS; BRIAN STARKS; TAMIKA GARCIA; RACHEL COLLINS** on the interested parties by the method of service indicated below, and addressed as follows:

| NAME & ADDRESS OF PARTIES |
| --- |
| ASSURED PAYMENT SOLUTIONS<br>BRIAN STARKS<br>TAMIKA GARCIA<br>RACHEL COLLINS<br>7245 Rockbridge Rd. Ste 300<br>Lithonia, GA 30058 |
| ASSURED PAYMENT SOLUTIONS<br>TAMIKA GARCIA<br>2729 Kristen Ct.<br>Conyers, GA 30012 |

_×_ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with US Postal Service on the same day with postage thereon fully prepaid at Laramie, Wyoming, in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date:    January 29, 2021

_____
Crystal Dalton