UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:20-cv-01448-JLS-DFM            Date: January 03, 2022
Title: Edward T. Weber v. Assured Payment Solutions et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                         Not Present

**PROCEEDINGS:** (IN CHAMBERS) **ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH THIS COURT'S JUNE 17, 2021 ORDER**

      On June 17, 2021, the Court issued an order striking Plaintiff's Motion for Default Judgment for failing to "comply with multiple orders by this Court" and ordered Plaintiff to file a renewed motion for default judgment within fourteen days of that order's issuance. (Order at 1-2, Doc. 27.) In the order, the Court also noted that "[f]ailure to timely file a renewed . . . motion will result in the dismissal of this action without further notice." (*Id.* at 2.) Plaintiff has not filed a renewed motion and accordingly this action is DISMISSED.

      **IT IS SO ORDERED**.

                                                                          Initials of Deputy Clerk: mku